IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BOBBY LEE POSEY,**     **PLAINTIFF**
**ADC # 113508**

VS.     NO. 5:08CV00129-JLH/BD

**LARRY NORRIS**     **DEFENDANT**

## ORDER

It has come to the Court's attention that Plaintiff is no longer incarcerated in the Craighead County Detention Facility, as evidenced by returned mail which was forwarded by the Court to the Plaintiff (docket entry #11). Plaintiff is directed to inform the Court within thirty (30) days of the entry of this Order whether he wishes to proceed with his case and provide notice of his current address to the Court and parties.

Failure to timely comply with this Order may result in dismissal of this case pursuant to Local Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which requires any party not represented by counsel to promptly notify the Clerk and the other parties of any change in his or her address; to monitor the progress of the case; and to prosecute or defend the action diligently. Further, if any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

IT IS SO ORDERED this 7th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE